ALLAIN<br>vs.<br>CUVELLIER<br>ET AL.

The judgment, is, therefore, affirmed with costs.

---

## ALLAIN vs. CUVELLIER ET AL.

### APPEAL FROM THE CITY COURT OF NEW-ORLEANS.

Judgment affirmed with the maximum of damages as a delay case.

The defendants are sued as maker and endorser of a note. They plead want of amicable demand, want of title in the plaintiff, irregularity and nullity in the protest, and pray for a dismissal of the suit, discharge of the endorser, and a trial by jury.

The plaintiff offered in evidence, the note, protest and due notice to the endorser. The jury was waived, and there was judgment for the plaintiff. The defendants appealed.

*Elwyn* for plaintiff and appellee.

*C. Janin, contra.*

*Bullard, J.,* delivered the opinion of the court.

Judgment having been rendered against the defendants, as maker and endorser of a promissory note, they have appealed under circumstances which satisfy us that their sole object was delay.

It is, therefore, ordered, adjudged and decreed, that the judgment of the City Court be affirmed, with costs, and ten per cent. damages.